UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VACARRO MONROE ,
                    Plaintiff(s),

        v.

PROGRESSIVE INSURANCE et al. ,
                    Defendant(s).

CASE NO. C25-982-KKE

ORDER DISMISSING CASE

        This matter comes before the Court on Plaintiff's failure to respond to the Court's order to show cause.  On July 2, 2025, the Court granted Defendant United Financial Casualty Company's (incorrectly named Progressive Insurance) unopposed motion to dismiss.  Dkt. No. 12.  The Court ordered Plaintiff to show cause by July 23, 2025 why the remaining defendant, Domonique Foy "should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(m)[.]" *Id*. at 2.  Plaintiff did not respond.  Accordingly, the remaining case against Defendant Domonique Foy is DISMISSED without prejudice for failure to prosecute.

        The Clerk is instructed to close the case.

        The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

        Dated this 29th day of July, 2025.

Kymberly K. Evanson
United States District Judge